ISAAC WOOLF, Respondent, *v.* LORD CLAUD HAMILTON et al., Appellants.

1. Former Case Affirmed.—Kahn et al. *v.* Hamilton et al., *ante*, referred to and affirmed, and judgment herein reversed in accordance with the views expressed in that case.

Appeal from the Third Judicial District Court.
The facts appear in the opinion.

*Rosborough & Merritt* and *J. G. Sutherland*, for appellants.
See brief in *Kahn* v. *Hamilton*, *ante*.

*J. R. McBride*, for respondent.
See brief in *Kahn* v. *Hamilton*, *ante*.

Emerson, J., delivered the opinion of the court:
The demand of the plaintiff in this action had the same origin as that sued for in *Kahn et al.* v. *Hamilton et al.*, just

decided, and the facts on which this plaintiff seeks to charge these defendants are the same as in that case. Therefore, the reasons given for the judgment in that case must govern this.

Judgment reversed with costs.

BOREMAN, J., concurs.

SCHAEFFER, C. J., dissents.